

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00313-CR

The **STATE** of Texas,
Appellant/Cross-Appellee

v.

James Burke **JARREAU**,
Appellee/Cross-Appellant

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order granting the motion to quash is REVERSED and this matter is REMANDED to the trial court for further proceedings. We GRANT the State of Texas's motion to dismiss the cross-appeal filed by James Burke Jarreau and ORDER the cross-appeal DISMISSED FOR WANT OF JURISDICTION.

SIGNED October 31, 2018.

Marialyn Barnard, Justice